**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-1953**

———————

VENUS D. ADDISON-POTTS,

    Plaintiff - Appellant,

  v.

ECU HEALTH MEDICAL CENTER,

    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (4:23-cv-00103-FL)

———————

Submitted:  December 19, 2023      Decided:  December 21, 2023

———————

Before HARRIS, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Venus D. Addison-Potts, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Venus Addison-Potts appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her complaint as time barred. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Addison-Potts v. ECU Health Med. Ctr.*, No. 4:23-CV-00103-FL (E.D.N.C. Aug. 11, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*